# EXHIBIT 6

CHRISTINE LEPERA (*pro hac vice* forthcoming)
ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice* forthcoming)
jmm@msk.com
ANNIE RIAN (SBN 260960)
acr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 E. 49th Street, 30th Floor
New York, NY 10017
Telephone: (212) 509-3900

ROBERT ROTSTEIN (SBN 72452)
rxr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant TAHLIAH BARNETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ELAINE GOOD, an individual; LAURA ELIZABETH GOOD, an individual; and THE LAURA GOOD AND LINDA GOOD PARTNERSHIP, a partnership,<br><br>Plaintiffs,<br><br>v.<br><br>TAHLIAH BARNETT, an individual; BEGGARS GROUP HOLDINGS (USA), INC., a New York corporation; BEGGARS BANQUET RECORDINGS (USA), INC., a New York corporation; XL RECORDINGS (USA), INC., a California corporation; and YOUNG TURKS LIMITED, a United Kingdom Private Limited Company; and DOES 1-10,<br><br>Defendants. | CASE NO. 14-CV-02668 SVW (JCG)<br><br>The Honorable Steven V. Wilson<br><br>**DECLARATION OF TAHLIAH BARNETT**<br><br>Date: April 10, 2014<br>Ctrm: 6 |

# DECLARATION OF TAHLIAH BARNETT

I, Tahliah Barnett, declare as follows:

1. I am over 21 years of age and I have been named as a defendant in the above captioned case. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently with regard to these facts.

## My Background

2. I have been called "Twigs" since I was sixteen years old. I am now twenty-six years old.

3. My nickname originated from the way my bones popped and cracked when I performed as a dancer.

4. After working for years as a dancer and model called "Twigs", I was able to fund my true passion of becoming a music artist.

5. I self released my music debut EP on the website Bandcamp on ***December 4, 2012***. I posted a video for each song on my YouTube channel.

6. After years of hard work, I was finally signed to my record label, Young Turks Limited in 2013.

## Plaintiffs Linda and Laura Good

7. Despite the fact that I have identified myself as "Twigs" since I was sixteen years old, solely as a gesture to fellow musicians, and to try to avoid a threatened claim by Plaintiffs Linda and Laura Good, I changed my professional name to "FKA twigs." I changed my

professional name, and exchanged emails with the Plaintiffs regarding the fact that I was doing so, out of respect for fellow musicians.

8. In retrospect, the emails which the Plaintiffs sent me appear to have been drafted by their lawyers as a "set up" to seek to make a record that I purportedly committed some type of wrongdoing in choosing my professional name. This could not be further from the truth. Clearly, I was misled by the Plaintiffs into thinking they actually cared about my career as a fellow female musician. Plaintiffs have abused my good faith and tried to twist my statements to them in their motion papers.

9. The actions of the Plaintiffs are very distressing to me, causing me and my labels unnecessary expense, for no good reason, because my music is very different from theirs, and our fan bases in no way overlap or will be remotely confused by our co-existence. Instead, it seems that the Goods simply resent my new found success and want to cause me harm in pursuing my career.

**An Injunction Would Be Irreparably Damaging To Me**

10. Plaintiffs have known ***for over nine months*** that I would be pursuing my musical career with a professional name containing the word "twigs". We first communicated about our respective names in ***June of 2013.***

11. As noted above, I changed my professional name from "Twigs" to "FKA twigs" as a courtesy to the Plaintiffs.

12. My second EP, *EP2*, was released under my new professional name by Young Turks on ***September 10, 2013***, including in the United States. Pitchfork, a daily internet

publication which is devoted to music criticism and commentary, music news, and artist interviews, gave *EP2* a rating of 8/10.

13. ***In December 2013***, I was nominated for BBC's Sound of 2014 prize and chosen by Spotify for their Spotlight on 2014 list.

14. While Plaintiffs' lawyer wrote some letters in ***August and September 2013***, they did not communicate with my lawyers for some time, and we were hopeful that they would not continue to be overreaching in their threats.

15. Indeed, my label told Plaintiffs' lawyers we would move forward as FKA twigs in September 2013 and did not agree with their threats.

16. Since changing my professional name from "Twigs" to "FKA twigs", my record label and I have spent considerable time, money and effort in developing a following under this new name, all of which Plaintiffs are well aware.

17. Through favorable press coverage, I have been able to grow my fan base and I currently have at least 15,300 followers on the social media site Twitter.com and over 27,000 followers on the social media site Instagram.com.

18. Tonight I will conduct my debut American concert performance before a sold-out crowd at 8:00 p.m. at the Masonic Lodge at the Hollywood Forever Cemetery, 6000 Santa Monica Boulevard, Los Angeles, California 90038. This show has been publicized since March 25, 2014. Now, ***right before the stroke of midnight*** on the day of the performance, the Plaintiffs have filed this "emergency" application to try to harm me and hurt my fans and followers. Additionally, I will be performing at three more concerts in New York and Toronto in the next seven days. I understand these concerts are also sold out.

19. The outrageous timing of Plaintiffs' action and application, forcing me to deal with this distressing situation on the very day of my show, has caused me substantial harm. If Plaintiffs' requested injunction is granted, it would seriously hurt me, my reputation, my business, and my fan base that I have spent months and substantial time and resources to acquire.

20. In addition to this substantial non-economic harm, I will incur serious financial repercussions as I have contractual obligations with the other named defendants in this action and with the venues I am scheduled to perform in. If I am prevented from using my professional name, "FKA twigs", I could incur significantly damage and loss in connection with claims for liability.

21. I respectfully request that this Court deny Plaintiffs' belated and harmful application.

I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct. Executed on April 10, 2014 at Los Angeles, California.

Tahliah Barnett