UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAHLIAH BARNETT P/K/A FKA TWIGS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE LAURA GOOD, LINDA GOOD PARTNERSHIP; LINDA GOOD; and LAURA GOOD,<br><br>        Defendants. | 26-cv-2331 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

Before the Court is Plaintiff's motion for judgment on the pleadings granting her claim for declaratory relief and dismissing Defendants' counterclaims. The motion was fully briefed on June 29, 2026, and the Court held oral argument on July 23, 2026.

After carefully considering the parties' submissions and the arguments of counsel, the Court concludes that Defendants' counterclaims must be dismissed and that a portion of Plaintiff's application for declaratory relief must be granted to the extent that it reflects that dismissal, but not otherwise.

An Opinion setting forth the reasons for this Order will issue in due course. Meanwhile, the Clerk of Court is respectfully directed to terminate the motion at docket entry 29.

1

SO ORDERED.

Dated:     New York, NY

     July 28, 2026                     JED S. RAKOFF, U.S.D.J.

2