UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAHLIAH BARNETT P/K/A FKA TWIGS,<br><br>Plaintiff,<br>v.<br><br>THE LAURA GOOD, LINDA GOOD PARTNERSHIP; LINDA GOOD; and LAURA GOOD,<br><br>Defendants. | Case No. 1:26-cv-02331 (JSR)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT** |

**WHEREAS**, Plaintiff Tahliah Barnett p/k/a FKA twigs ("Barnett") commenced this action on March 20, 2026, asserting a single claim for a declaration under the Lanham Act with several prayers for relief including injunctive and other forms of relief (ECF No. 1);

**WHEREAS**, Defendants The Laura Good, Linda Good Partnership, Linda Good, and Laura Good (collectively, "Defendants" or "the Goods") filed an Answer and four Counterclaims (ECF No. 27);

**WHEREAS**, Barnett moved for judgment on the pleadings on her claim for declaratory relief on the ground of laches and to dismiss the Counterclaims with prejudice (ECF No. 29);

**WHEREAS**, the Court granted Barnett's motion, dismissed Defendants' four Counterclaims, and granted Barnett a declaration that laches bars the Goods' assertion of trademark infringement under the Lanham Act and unfair competition under New York common law based on Barnett's use of "FKA twigs" and/or "Twigs" in connection with her musical recording and performance (ECF Nos. 38, 39, collectively, the "Orders") as explained in the Orders; and

**WHEREAS**, the parties now agree that the adjudications in the Court's Orders moot an existing case or controversy in this action such that the remaining prayers for relief in Barnett's

declaratory judgment claim may be withdrawn and judgment entered, without waiver or prejudice to Barnett's rights including to assert any and all defenses against any Counterclaims if reinstated following any appeal taken of the Orders.

**NOW, THEREFORE**, subject to the approval of the Court, the parties hereby stipulate and agree as follows:

1. The prayers for relief on Barnett's declaratory judgment claim not encompassed by the Court's Orders are withdrawn without prejudice to or waiver of Barnett's rights, including the right to defend against any Counterclaims should any be reinstated following any appeal taken from the Orders;
2. The withdrawal of those prayers for relief is not an admission by any party concerning any matter, including infringement or likelihood of confusion, and has no impact on any proceedings before the Trademark Trial and Appeal Board, including but not limited to Barnett's pending application to register the FKA TWIGS mark;
3. Upon entry of this Order, all remaining Court-ordered scheduling dates in this matter are vacated; and
4. Judgment is to be entered in Barnett's favor pursuant to Federal Rule of Civil Procedure 58.

DATED: August 27, 2026

MITCHELL SILBERBERG & KNUPP LLP

By: /s/*Christine Lepera*
Christine Lepera (ctl@msk.com)
Lindsay Edelstein (lre@msk.com)
Samantha Frankel (swf@msk.com)
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Plaintiff and Counterclaim-Defendant Tahliah Barnett p/k/a FKA twigs*

RIMON, P.C.

By: /s/*Mark S. Lee*[1]
Mark S. Lee
(mark.lee@rimonlaw.com)
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 213-375-3811
(admitted *pro hac vice*)

David I. Greenbaum
(david.greenbaum@rimonlaw.com)
Michael S. Lazaroff
(michael.lazaroff@rimonlaw.com)
400 Madison Avenue, Suite 11D
New York, New York 10017
Telephone: (646) 779-0787

*Attorneys for Defendants and Counterclaim-Plaintiffs The Laura Good, Linda Good Partnership, Linda Good, and Laura Good*

**SO ORDERED.**

Dated: New York, New York
__________, 2026

______________________________
JED S. RAKOFF, U.S.D.J.

[1] Pursuant to Rule 8.5(b) of the Electronic Case Filing Rules of the United States District Court for the Southern District of New York, effective February 2, 2026, the filing attorney represents that she has received the necessary authority to affix the electronic signatures of all other signatories hereto.