UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAHLIAH BARNETT P/K/A FKA TWIGS,

Plaintiff,

v.

THE LAURA GOOD, LINDA GOOD PARTNERSHIP; LINDA GOOD; and LAURA GOOD,

Defendants.

1:26-cv-02331 (JSR)

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's July 28, 2026 Order (ECF No. 38), August 18, 2026 Opinion (ECF No. 39), and the Stipulation and Order entered on August 28, 2026, it is ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Plaintiff Tahliah Barnett p/k/a FKA twigs ("Plaintiff") and against Defendants The Laura Good, Linda Good Partnership, Linda Good, and Laura Good ("Defendants") on Defendants' Counterclaims I through IV, which are dismissed with prejudice;
2. It is DECLARED that laches bars Defendants' assertion of trademark infringement under the Lanham Act and unfair competition under New York common law based on Plaintiff's use of "FKA twigs" and/or "Twigs" in connection with her musical recording and performance; and
3. Accordingly, final judgment is hereby entered in favor of Barnett and the case is closed.

Dated: New York, New York
September 1, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nelson Dulal

**Deputy Clerk**